# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYNCHRONY BANK,<br><br>　　　　Defendant. | Case No. 1:17-cv-00236-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

On April 17, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**April 18, 2017**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1